# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ali Yousif Ahmed Al-Nouri,<br><br>    Petitioner,<br><br>v.<br><br>Antony Blinken, et al.,<br><br>    Respondents. | No. CV-22-00633-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** setting oral argument on Magistrate Judge Fine's June 26, 2023 Report and Recommendation (Doc. 36); Petitioner's Objections (Doc. 39) and Respondents' Response to Petitioner's Objections (Doc. 45) on **May 9, 2024 at 1:00 p.m.**, in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  Each party shall have 30 minutes to argue their position.

**IT IS FURTHER ORDERED** Respondents' counsel contact the Court's System Technology Department by emailing vtc_helpdesk@azd.uscourts.gov or calling: (602) 322-7234 to make the necessary arrangements between the Central Arizona Florence Correctional Complex in Florence, Arizona, and the Court's Systems Technology Department for Petitioner to appear by video teleconference.

Dated this 22nd day of April, 2024.

_____
G. Murray Snow
Chief United States District Judge